In the Matter of the Estate of CATHERINE F. OSBORN,
·          Deceased.

JAMES BAGLEY, as Executor, Appellant; CHARLES L. OSBORN, Respondent.

*Matter of Osborn (Estate),* 175 App. Div. 966, affirmed.
(Argued January 15, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1916, which affirmed an order of the Monroe County Surrogate's Court directing the executor herein to file an inventory to the end that the exemptions specified in section 2670 of the Code of Civil Procedure might be set aside for the husband of the testator.  The husband and wife lived apart though not legally separated.  There were no children.  The question was whether the deceased, at the time of her death, was a

person "having a family" and leaving a husband her surviving within the meaning of the Code provision.

*William F. Lynn* for appellant.

*Charles B. Bechtold* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.